UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREGORY MONTGOMERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO.:  1:13-cv-0329-WTL-TAB |
| | ) | |
| WAL-MART STORES, EAST L.P. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Gregory Montgomery, and Defendant, Wal-Mart Stores East, LP, by counsel, hereby stipulate and agree to the dismissal of the above-captioned cause of action in its entirety, including claims that were brought or that could have been brought, with prejudice, and each party to bear its own costs and fees.[1]

Respectfully submitted,

*s/ John H. Haskin*
Counsel for Plaintiff
John H. Haskin
(Mr. Haskin consented to the
filing of this Joint Motion
on February 6, 2014)
255 N. Alabama Street, 2nd Floor
Indianapolis, Indiana 46220
jhaskin@jhaskinlaw.com

*s/ Peter T. Tschanz*
Counsel for Defendant
Susan M. Zoeller
Peter T. Tschanz
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Facsimile: (317) 231-7433
Email: susan.zoeller@btlaw.com
peter.tschanz@btlaw.com

---

[1] Undersigned counsel for Plaintiff submits this Joint Stipulation of Dismissal on behalf of Plaintiff in accordance with the Court's Limited Appointment for purposes of representation in connection with the December 18, 2013 settlement conference and resolution of this matter.  [Dkt. 24].